Jonathan Yong, SBN: 310444
**Gator Law, P.C.**
2 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Tel: (385) 324-5471
Email: attorneys@gatorlawpc.com
**Attorney for Plaintiff, Jessica Baze**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## CIVIL DIVISION

| | |
|---|---|
| JESSICA BAZE,<br><br>                    Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendant. | Case No. 8:25-cv-01288<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Jessica Baze ("Plaintiff"), and Defendant, Experian Information Solutions Inc., ("EXPERIAN"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been

1

exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Dated: 07/29/2025                    Respectfully submitted,


                                     */s/ Jonathan Yong*
                                     Jonathan Yong
                                     **Gator Law, P.C.**
                                     2 N Central Avenue
                                     Suite 1800
                                     Phoenix, AZ 85004
                                     P: (385) 324-5471
                                     E: attorneys@gatorlawpc.com

                                     **Attorneys for Plaintiff,
                                     Jessica Baze**

## **CERTIFICATE OF SERVICE**

I certify that on 07/29/2025, I served Plaintiff Jessica Baze's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

*/s/ Jonathan Yong*
Jonathan Yong
**Gator Law, P.C.**
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com

**Attorneys for Plaintiff,
Jessica Baze**

3